**Order entered August 27, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00926-CR

### THE STATE OF TEXAS, Appellant

### V.

### VINCENT RUSSELL GIORDANO, Appellee

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. M17-41558-C**

## ORDER

Before the Court is appellant's motion for extension of time to file a motion for rehearing. In his motion, appellant seeks an extension of time from September 1, 2020, to October 1, 2020, in which to file his motion for rehearing. We **GRANT** appellant's motion. Appellant's motion for rehearing shall be filed by October 1, 2020.

/s/    ROBBIE PARTIDA-KIPNESS
          JUSTICE